| **Return** | | |
|---|---|---|
| Case No.:<br>7:23mj43 | Date and time warrant executed:<br>04/21/2023 10:29 AM | Copy of warrant and inventory left with:<br>On file with USPIS |

Inventory made in the presence of :
Inspector Barrett and USPS OIG SA Bartley

Inventory of the property taken and name(s) of any person(s) seized:

1. Approximately 1105g of a green leafy substance, suspected marijuana

2. United States Postal Service Priority Mail Parcel bearing tracking number "9505 5156 3642 3107 6820 84" and a wood box

**Received in Chambers**
**By Reliable Electronic Means**

April 26, 2023

**Hon. Robert S. Ballou**
**United States District Judge**

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 04/26/2023

*Michael J. Barrett*
*Executing officer's signature*

Michael J. Barrett, United States Postal Inspector
*Printed name and title*